UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDY A. HART,

    Petitioner,

v.                                                       Case No. 8:10-cv-1060-T-23TBM

STATE OF FLORIDA,

    Respondent.
_____/

## **O R D E R**

Hart petitions for the writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) and challenges his appointed counsel's strategy in a pending state criminal proceeding. Rule 4, Rules Governing Section 2254 Cases, requires a preliminary review of the petition for the writ of habeas corpus: "If it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for summary dismissal . . . ."

Hart's petition seeks this court's intervention into a pending state court case. This case is nearly the same as Hart's earlier case, 8:10-cv-14-T-23TBM, which was dismissed pursuant to Younger v. Harris, 401 U.S. 37, 45 (1971). Hart recognizes Younger's "abstention doctrine" but claims that his case warrants intervention because he disagrees with his defense counsel's strategy. A defendant's disagreement with his appointed counsel's strategy is not the type of case that warrants federal intervention in a state criminal proceeding.

Accordingly, the petition for the writ of habeas corpus (Doc. 1) is **DISMISSED**. The clerk shall enter a judgment against Hart and close this case.

ORDERED in Tampa, Florida, on May 12, 2010.

/s/ Steven D. Merryday
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE